## (October 19, 1962)

■ BEATRICE CANTOR, Respondent, v. SIMON CANTOR, Appellant.— Motion by appellant husband to stay order directing the payment of counsel fee and alimony *pendente lite,* pending the appeal from such order. Motion granted on the following conditions: (1) that appellant shall pay to respondent the sum of $125 per week on account of the current alimony; (2) that within 10 days after entry of the order hereon, he shall pay to respondent all the accrued alimony computed at the rate of $125 per week; (3) that within said 10-day period he shall pay to respondent the sum of $1,250 on account of the counsel fee; (4) that within said 10-day period he shall file an undertaking for $3,000, with corporate surety, to make the payments directed by said order in the event that it be affirmed in whole or in part or in the event that the appeal be dismissed; and (5) that he shall perfect and be ready to argue or submit the appeal at the December Term, beginning November 19, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before November 9, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (October 22, 1962)

■ (A) IMLAY PAPER CORP., Respondent, v. UNION FOLDING BOX CORPORATION, Appellant. (B) ROSE M. WRABLICA, Respondent, v. PAUL WRABLICA, Appellant.— [In each action] Motion by appellant for a stay of order, pending appeal therefrom, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ DOROTHEA K. MATTHEWS, Respondent, v. JOSEPH SCHUSHEIM et al., Appellants.— Motion by respondent for reargument of appellants' motion for a stay, and for other relief, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of LORENZ-SCHNEIDER Co., INC., et al., Petitioners, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL 802, Respondent.— Motion by respondent pursuant to section 66 of the Civil Practice Act, for the issuance of an order directing substituted service; an application for such order having been previously made to a Justice of the Supreme Court and refused. Motion denied, without prejudice to a renewed application to a Justice of the Supreme Court upon additional affidavit showing that *recent* attempts to serve the two officers of the petitioner corporation have proved unavailing, and without prejudice to a further application to this court under said section 66 in the event the said Justice should refuse to grant the order requested upon such renewed application. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.